# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**Eric Przybylko**
direct tel (212) 408-5569
eprzybylko@chadbourne.com

October 22, 2007

**Via ECF & Facsimile**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Seagal v. Nasso (1:07-CV-4055 (DLI) (CLP))</u>

Dear Judge Pollak:

    As you requested during the parties' conference before you this morning, I write on behalf of plaintiff Steven Seagal to confirm that plaintiff's complaint in this action, originally filed in New York Supreme Court on August 30, 2007 and removed to this Court by defendant's Notice of Removal filed on September 27, 2007, asserts claims for damages in excess of $75,000. As a result, plaintiff is of the view that the statutory amount-in-controversy requirement of 28 U.S.C. § 1332(a) is satisfied in the present action.

Respectfully submitted,

Eric J. Przybylko

Enclosure

cc: Robert J. Hantman, Esq.
    Abbe D. Lowell, Esq.