UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------
                                            Case No. CV 07 4055 (DLI)(CLP)

STEVEN SEAGAL                               **STIPULATION**

      Plaintiff,

        v.                          :

JULIUS R. NASSO

      Defendant.
------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED UPON between the undersigned attorneys of record for their respective parties in the above entitled action that Defendant's attorneys, Hantman and Associates, time to reply with respect to Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss has been extended to November 30, 2007.

Dated: New York, New York
       November 14, 2007

By: _____                 By: _____
Eric J. Przywylko, Esq.                     Robert J. Hantman, Esq.
Chadbourne and Parke LLP                    Hantman and Associates
30 Rockefeller Plaza                        1414 Avenue of the Americas
New York, New York 10112                    Suite 406
PH: (212) 408-5100                          New York, New York 10019
FX: (646) 710-5569                          PH: (212) 684-3933
Attorney for Plaintiff Steven Seagal        FX: (212) 755-1989
                                            Attorney for Defendant
                                            Julius R. Nasso