UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEVEN SEAGAL,

                Plaintiff,

    -against-

JULIUS R. NASSO,

               Defendant.

1:07-CV-4055 (DLI) (CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Steven Seagal and defendant Julius R. Nasso that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear its own fees, costs and expenses.

Dated:    New York, New York
           December 21, 2007

CHADBOURNE & PARKE LLP

By _____
    Thomas J. Hall (TH 3398)
    Eric J. Przybylko (EP 0329)
  30 Rockefeller Plaza
  New York, New York 10112
  Tel.: (212) 408-5100
  Fax: (212) 541-5369
  Email: thall@chadbourne.com
          eprzybylko@chadbourne.com

McDERMOTT WILL & EMERY LLP
    Abbe D. Lowell
600 13th Street, N.W.
Washington, D.C. 20005
Tel.: (202) 756-8000
Fax: (202) 756-8087

Attorneys for Plaintiff Steven Seagal

HANTMAN & ASSOCIATES

By_____
Robert J. Hantman (RH 3947)
Attorneys for Defendant Julius R. Nasso
1414 Avenue of the Americas, Suite 406
New York, New York  10019
Tel.: (212) 684-3933
Fax: (212) 755-1989
Email: hantmanrj@aol.com

SO ORDERED:

_____
Dora L. Irizarry
United States District Judge

2